UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

DATE: October 19, 2006

JUDGE: HAROLD A. ACKERMAN

COURT REPORTER: CHUCK MCGUIRE

DEPUTY CLERK: MARY FENZEL

Docket # Civ. 03-2948  (HAA)

OTHER:

Title of case: FRANI FEIT v. GREAT-WEST LIFE AND ANNUITY INSURANCE
COMPANY

Appearances: same.

Civil Trial with jury continued at 10:30 a.m.

Court proceedings out of presence of Jury.
Charges by Court  to the Jury.
Ordered bailiff sworn. Bailiff is sworn.
Jury retired at 12:20 p.m.
Ordered lunch provided for Jury at Government expense. (Queen Pizza - 10).
Court proceedings out of presence of Jury.
Jury question #1 at 12:45 p.m.
Jury question #2 at 3:25 p.m.
Jury question #3 at 3:45 p.m.
Jury retired for the night at 3:45 p.m.

Trial adjourned until October 20, 2006 at 10:00 a.m.

Adjourned to:  10/20/06   Time commenced: 10:30 a.m.   Time Adjourned: 3:45  p.m.

cc:chambers:

s/Mary Fenzel
Deputy Clerk